UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ANTONIO MENDOZA GONZAGA<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>Respondents. | Case No.  26-cv-02941<br><br>**JUDGMENT** |

    **IT IS HEREBY ORDERED AND ADJUDGED**:  The petition for writ of habeas corpus having been **GRANTED**, judgment is entered on behalf of Petitioner, and the case shall be closed.

    **IT IS SO ORDERED.**

Dated: June 15, 2026

RITA F. LIN
United States District Judge